**No. 49150.**—Protests 51596–K, etc., of Porter (Philadelphia), Inc. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and schedule attached thereto, together with the record in *Perseverance Import Corp.* v. *United States* (T. D. 49290) which was incorporated herein, the protests were sustained to this extent.

BEFORE THE THIRD DIVISION, JANUARY 21, 1944

**No. 49151.**—Petition 6225–R of F. H. Kaysing (St. Louis).

Opinion by KEEFE, J. At the trial the broker admitted that he inadvertently used an erroneous weight which later resulted in the assessment of additional duties for undervaluation. From the record the court was of the opinion that the entry was made in good faith and that the petitioner was without intention to conceal or misrepresent the facts. The petition was therefore granted.

**No. 49152.**—Petition 6311–R of F. & R. Lazarus & Co. (Cleveland).

Opinion by KEEFE, J. It appeared at the trial that due to the war the merchandise in question was compelled to be shipped from a different point than usual, and that in this exceptional case the inland freight was a dutiable item. The court was of the opinion that the entry was made in good faith. The petition was therefore granted.

**No. 49153.**—Petition 6310–R of F. & R. Lazarus & Co. (Cleveland).

Opinion by KEEFE, J. From the record the court was of the opinion that the entry at the entered prices was made in good faith and the petitioner was without intention to conceal or misrepresent the facts or to deceive the appraiser as to the value of the goods. The petition was therefore granted.

**No. 49154.**—Petitions 6244–R, etc., of Westinghouse Air Brake Co. (Pittsburgh).

Opinion by KEEFE, J. It was established at the trial that the additional duties in question were assessed because of a difference in value due to the fact that the merchandise had been entered on the basis of United States currency rather than Canadian. From the record the court was satisfied that the entry was made in good faith. The petitions were therefore granted.